## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

January 8, 2026

| | |
|---|---|
| JORGE LUIS BECERRA PEREZ, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-25-01560-JD |
| SCARLET GRANT, in her official capacity, et al., | ) |
| Respondents. | ) |

**ENTER ORDER:**

The Court previously entered an Order on December 29, 2025 [Doc. No. 3], referring this case to Magistrate Judge Amanda Leigh Maxfield.

The United States District Court for the Western District of Oklahoma has received numerous 28 U.S.C. § 2241 habeas cases raising issues like those raised in the petition in this case. Although the Court initially referred the case, upon review of this matter, the Court has now determined that such a referral is inefficient to adjudication of the issues presented in the petition. A referral also contemplates additional briefing for the parties to resolve their dispute.

Accordingly, upon review, and in the interest of a more efficient resolution of this case, the Court vacates its prior referral to Judge Maxfield. The Court will follow this order with a separate briefing cycle.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

JOAN KANE, CLERK

By: /s/ Carol Ditta
Deputy Clerk